UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 2, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,         )<br>v.                            )<br>                              )<br>LONELL LINDSEY,               )<br>                              )<br>            Defendant.        )  | Case No. 2:10-cr-361 LKK<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Lonell Lindsey</u>; Case  <u>2:10-cr-361 LKK</u>  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured bond in the amount of $75,000, co-signed by defendant's wife.

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) <u>Pretrial conditions/supervision;</u>

Issued at  <u>Sacramento, CA</u>  on <u>11/2/2010</u>   at  2:32 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge